

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
*JACKSONVILLE* DIVISION

ELIOT WILLIAMSON,

Plaintiff

V.

Case No. 3:24-cv-43-WWB-PDB

TRANSUNION LLC,

EXPERIAN INFORMATION SOLUTIONS INC

Defendants

_____/

## COMPLAINT

**Preliminary Statement**

1. This is an action for damages brought by an individual consumer, against Experian Information Solutions INC, for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681, *and other state law claims.*

**Jurisdiction & Venue**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

**The Parties**

4. Plaintiff is an adult individual residing in Florida.

5. Defendant **EXPERIAN INFORMATION SOLUTIONS INC ("Experian")** is a business entity that regularly conducts business in Middle District of Florida, and which has a principal place of business located at 5 Century Drive, Parsippany, NJ.

1

6. Defendant, **Trans Union, LLC ("Trans Union")** is a business entity that regularly conducts business in the Middle District of Florida, and which has a principal place of business located at 1510 Chester Pike, Crum Lynne, PA.

### Factual Allegations

1. Defendants have been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties **(the "inaccurate information").**
2. The inaccurate information includes, but is not limited to, accounts not opened by Plaintiff, reinserted and not the Plaintiff's responsibility.
3. The inaccurate information negatively reflects upon Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's creditworthiness. The inaccurate information consists of accounts and/or trade lines that do not accurately reflect payments made by Plaintiff but rather an unidentified party.
4. Defendants have been reporting inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown.
5. Defendants both have deleted accurate information that is not limited to, Plaintiffs accurate address and social security number which has caused Plaintiff to be denied for bank accounts and other banking opportunities.
6. Plaintiff has disputed the inaccurate information with Trans Union and Experian to their representatives by following Trans Union and Experian's established procedures for disputing consumer credit information.
7. Plaintiff has been disputing inaccurate information with Trans Union and Experian since June 2017 through the present.
8. Notwithstanding Plaintiff's efforts, Trans Union and Experian have sent Plaintiff correspondence indicating their intent to continue publishing the inaccurate information and Trans Union and Experian continue to publish and disseminate such inaccurate information to other third parties, persons, entities, and credit grantors. Trans Union and Experian have repeatedly published and disseminated consumer reports to such third parties from at least December 2015 through the present.

9. Despite Plaintiff's efforts, Trans Union and Experian have never: (1) contacted Plaintiff to follow up on, verify and/or elicit more specific information about Plaintiff's disputes; (2) contacted any third parties that would have relevant information concerning Plaintiff's disputes; (3) forwarded any relevant information concerning Plaintiff's disputes to the entities originally furnishing the inaccurate information; and (4) requested or obtained any credit applications, or other relevant documents from the entities furnishing the inaccurate information.

10. Despite Plaintiff's exhaustive efforts to date, Defendants have nonetheless willfully, intentionally, recklessly, and negligently repeatedly failed to perform reasonable investigations/reinvestigations of the above disputes as required by the FCRA, have failed to remove the inaccurate information, have failed to note the disputed status of the inaccurate information, and have continued to report the derogatory inaccurate information about the Plaintiff.

11. As a result of Defendants' conduct, Plaintiff has suffered actual damages in the form of lost credit opportunities, harm to credit reputation and credit score, and emotional distress, including humiliation and embarrassment.

12. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

13. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal laws and the rights of the Plaintiff herein.

## COUNT I
### TRANS UNION AND EXPERIAN VIOLATIONS OF THE FCRA

14. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

15. At all times pertinent hereto, Trans Union and Experian were each a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

16. At all times pertinent hereto, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

3

17. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

25. Pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o, Trans Union and Experian are liable to the Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. §§ 1681e(b) and 1681i.

## Count II

### TRANSUNION AND EXPERIAN VIOLATIONS OF THE FCRA

26. Plaintiff incorporates the foregoing paragraphs as though the same was set forth at length herein.

27. At all times pertinent hereto Experian and Transunion were a "furnisher" as that term is used in 15 U.S.C. § 1681s-2(b).

28. Experian and Transunion violated sections 1681n and 1681o of the FCRA by willfully and negligently failing to comply with the requirements imposed on furnishers of information pursuant to 15 U.S.C. §1681s-2(b).

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor against Transunion and Experian as follows:

a. For equitable relief enjoining Defendant from engaging in the wrongful conduct complained of herein pertaining to the misuse and/or disclosure of Plaintiff's public information and from refusing to issue, prompt, complete and accurate disclosure to Plaintiff.

b. For equitable relief compelling Transunion and Experian to use appropriate dispute investigation methods and policies with respect to consumer data collection storage, protection, and transmitted information of consumers.

4

c. For an award of damages, as allowed by law in an amount to be determined.

d. For an award of fees and costs and litigation expenses as allowable by law

e. Punitive damages

f. Such other and further relief as this court may deem just and proper.

## BENCH TRIAL DEMAND

Plaintiff demands trial by bench on all issues so triable.

Respectfully submitted this 13th day of January 2024.

/s/Eliott Williamson
12183 Captiva Bluff Cir. W.
Jacksonville, Florida 32226
904-982-0434
eliottwilliamson@yahoo.com

## CERTIFICATE OF SERVICE

This statement is to certify that, on **January 13, 2024**, a copy of the foregoing has been hand delivered to all parties who have agreed to accept service.

/s/Eliott Williamson
12183 Captiva Bluff Cir. W.
Jacksonville, Florida 32226

5

## SERVICE LIST

US District Court Clerk

300 N Hogan St

Jacksonville, Fl 32202


Experian Information Solutions Inc.

5 Century Drive, Parsippany NJ, 07054


Transunion

555 W Adams St
Chicago, IL 60661-3601

6