UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

**ELIOTT WILLIAMSON,**

**Plaintiff,**

vs.                             Case Number: 3:24cv-43WWBPD

**TRANSUNION LLC &**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

**Defendants.**

## PLAINTIFF'S AMENDED COMPLAINT

**Preliminary Statement**

This action arises from violations of the Fair Credit Reporting Act ("FCRA"), **15 U.S.C. §§ 1681, and other state law claims.**

Jurisdiction & Venue

This Court has jurisdiction pursuant to **15 U.S.C. § 1681p and 28 U.S.C. § 1331.**

Venue is proper in this district under **28 U.S.C. § 1391(b).**

1

**The Parties**

Plaintiff Eliott Williamson is an adult individual residing in Florida.

Defendant **EXPERIAN INFORMATION SOLUTIONS INC ("Experian")** is a business entity that regularly conducts business in the Middle District of Florida, with a principal place of business located at 5 Century Drive, Parsippany, NJ.

Defendant **Trans Union, LLC ("Trans Union")** is a business entity that regularly conducts business in the Middle District of Florida, with a principal place of business located at 1510 Chester Pike, Crum Lynne, PA.

**Factual Allegations**

Defendants have systematically violated the FCRA by reporting derogatory and inaccurate statements and information relating to Plaintiff's credit history to third parties ("inaccurate information").

Specifically, Defendant Trans Union deleted a bankruptcy from Plaintiff's credit report on December 2, 2022, only to reinsert it on December 14, 2022, without notifying Plaintiff. **(See Exhibit A)**.

Defendant Trans Union also unjustly deleted Plaintiff's personal address of 20 years from his credit profile on October 21, 2023, a crucial piece of accurate information, causing further harm and confusion plaintiff was accused unjustly accused of fraud **(See Exhibit B).**

Moreover, Defendant Experian negligently removed Plaintiff's accurate address from his credit report without proper verification on October 19, 2023, exacerbating the inaccuracies on Plaintiff's credit profile **(See Exhibit E).**

2

Despite Plaintiff's repeated attempts to dispute and correct these inaccuracies with both Defendants, neither Trans Union nor Experian have taken appropriate action to rectify the reported information and the inaccurate information still reports currently **(See Exhibit D and Exhibit F).**

**Legal Claims**

Defendant Trans Union's actions constitute violations of FCRA §§ 1681i and 1681e(b) by:

a. Failure to Notify: Trans Union negligently failed to notify Plaintiff of the reinsertion of the bankruptcy, depriving Plaintiff of the opportunity to take corrective action.

b. Deletion of Accurate Information: Trans Union unjustifiably deleted Plaintiff's personal address, hindering his ability to maintain accurate credit information.

c. Reporting Inaccurate Information: Trans Union continues to report inaccurate and derogatory information, damaging Plaintiff's creditworthiness.

Defendant Experian's actions violate FCRA § 1681i by:

a. Removal of Accurate Information Without Verification: Experian negligently removed Plaintiff's accurate address, exacerbating the inaccuracies on his credit report.

b. Failure to Correct Inaccuracies: Despite Plaintiff's efforts, Experian has failed to correct the reported inaccuracies.

**Request for Relief**

Plaintiff respectfully requests the Court to:

Enjoin Defendants from engaging in wrongful conduct related to Plaintiff's credit information.

Compel Defendants to use appropriate dispute investigation methods and policies.

Award damages, fees, and costs as allowed by law.

Grant punitive damages.

Provide any other relief deemed just and proper.

Bench Trial Demand

Plaintiff demands trial by bench on all issues so triable.

Respectfully Submitted,

*Eliott Williamson*
_____

/s/Eliott Williamson,

Pro-Se Plaintiff

12183 Captiva Bluff Cir W

Jacksonville, FL 32226

(904) 206-7796

eliottwilliamson@yahoo.com

**Exhibits:**

**Exhibit A, A2:** Copy of Trans Union's correspondence and Lexis Nexis dated December 2, 2022, deleting the bankruptcy account off Plaintiff's credit report.

 **A2** copy of a pulled credit report from Credit Karma dated 02/23/23 archived dated December 14, 2022, reinserting the bankruptcy account onto Plaintiff's credit report.

**Exhibit B:** Copy of Veridian Credit Union's email denial of banking services and allegation of a fraudulent application to Plaintiff dated October 19, 2023 from information received from Transunion.

4

**Exhibit C:** Copy of credit report from Wallet Hub correspondence dated October 21, 2023, showing Transunion removing Plaintiff's address and other identifying information from the credit report.

**Exhibit D:** Transunion most recent credit report showing the incorrect address **57 Paggi Ter, Wappinger Falls NY** report dated 04/15/2024.

**Exhibit E:** Copy of Plaintiff's telephone dispute with Experian's Credit Check Total dispute report correspondence dated October 19, 2023, removing, or updating plaintiff's social security number and address.

**Exhibit F:** Copy of Mid Florida Credit Union's email unable to verify denial of banking services to Plaintiff from information received from Experian dated October 21, 2023.

**Exhibit G**: Experian previous credit reporting. Showing the incorrect address **57 Paggi Ter, Wappinger Falls NY** report dated 03/06/2024.

**Exhibit H and H1**: Screen shot of Experian's attorney and Plaintiff's email conversation dated April 10, 2024, admitting they cannot delete addresses associated with accounts, and inaccurate reporting however plaintiff's twenty year actual address was deleted and was replaced with **57 Paggi Ter, Wappingers Falls, NY** an address plaintiff has never resided in.

**Exhibit I:** Experian's reinsertion of Plaintiff's correct **address 12183 Captiva Bluff Cir W Jacksonville, FL** after the conversation dated 04/15/2024.

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2024, a true and correct copy of the above and foregoing document was sent by United States Postal Service, Certified Mail / Return Receipt and Electronic Mail Requested to the following parties:

U.S. District Court for the Middle District of Florida

Bryan Simpson United States Courthouse

300 North Hogan Street, Suite 13-150

Jacksonville, FL 32202

5

Linda LaRue Linda LaRue

Florida Bar No. 30467

llarue@qslwm.com Quilling, Selander, Lownds,

Winslett & Moser, P.C.

2001 Bryan Street, Suite 1800 Dallas, Texas 75201

(214) 880-1863 (214) 871-2111 Fax

Counsel for Trans Union LLC

Taylor R. Cavaliere Taylor R. Cavaliere Florida Bar No. 1040247

tcavaliere@jonesday.com Jones Day

555 California Street, 26th Floor San Francisco, CA 94104

(415) 875-5835 (415) 875-5700 Fax

Counsel for Experian Information Solutions, Inc.

*Eliott Williamson*

/s/Eliott Williamson,

Pro-Se Plaintiff

12183 Captiva Bluff Cir W

Jacksonville, FL 32226

(904) 206-7796

eliottwilliamson@yahoo.com

6